**MANDATE**

S.D.N.Y.-W.P.
11-cv-8149
Seibel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand fourteen.

Present:
> Barrington D. Parker,
> Gerard E. Lynch,
> Christopher F. Droney,
> *Circuit Judges*.

Saliha Madden, on behalf of herself
and all others similarly situated,

> *Petitioner*,

v.                                                                                                       13-3853

Midland Funding, LLC, Midland Credit Management, Inc.,

> *Respondents*.

Petitioner, through counsel, moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying her motion for class certification. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-MJB

**MANDATE ISSUED ON 03/04/2014**